UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **EDWARD JOHN PALMER III,**  *Plaintiff,*  v.  **JOHN W. TIEDER, INC., et al.,**  *Defendants.* | CASE NO. 1:21-cv-00397-SAG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Edward John Palmer III, by and through undersigned counsel, and pursuant to FRCP Rule 41(a)(1)(A)(i), hereby files this Notice of Dismissal of the above-captioned matter as to all parties *without prejudice*.

Dated: June 3, 2021

Respectfully submitted,

FROST LAW

_____/s/ Sean P. Hatley_____
Matthew P. Kraeuter (Federal Bar No. 29252)
Sean P. Hatley (Federal Bar No. 20139)
FROST LAW
839 Bestgate Road, Suite 400
Annapolis, Maryland 21401
Phone:        (410) 497-5947
Facsimile:    (888) 235-8405
Email:        matt.kraeuter@frosttaxlaw.com
Email:        sean.hatley@frosttaxlaw.com

*Counsel for Plaintiff
Edward John Palmer, III*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **June 3, 2021**, the foregoing **Notice of Voluntary Dismissal** was served via first-class mail, postage prepaid, and electronic mail to:

John W. Tieder, Inc.
736 Woods Road
Cambridge, MD 21613

John W. Tieder, Resident Agent of John W. Tieder, Inc.
736 Woods Road
Cambridge, MD 21613

Heather Moore
736 Woods Road,
Cambridge, MD 21613

                                                */s/ Sean P. Hatley*
                                                Sean P. Hatley